**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DALE ROSLYN BROOKS                                                                                           PLAINTIFF
ADC # 709679

v.                                                                     4:24CV00106-JM-JTK

ARKANSAS DIVISION OF CORRECTION, et al.                                               DEFENDANTS


**ORDER**

Dale Roslyn Brooks ("Plaintiff") filed a pro se Complaint pursuant to 42 U.S.C. § 1983

against multiple officials at the Ouachita River Unit of the Arkansas Division of Correction

("ADC").     (Doc. No. 2).    The Ouachita River Unit of the ADC is in Malvern, Arkansas, which

lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, including allegations of failure to

protect against unidentified Doe Defendants, the Court finds that the interests of justice would be

best served by transferring this case to the United States District Court for the Western District of

Arkansas.   See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE

CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 23rd day of February, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong
division or district shall dismiss, or if it be in the interest of justice, transfer such case to any
district or division in which it could have been brought."   Id.